IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, COEUR D'ALENE TRIBE, STATE OF IDAHO, </br></br> Plaintiffs, </br></br> v. </br></br> HECLA LIMITED, a Delaware Corporation, </br></br> Defendant. </br></br> and CONSOLIDATED CASES. | ) </br> ) </br> ) </br> ) No. 96-0122-N-EJL </br> ) No. 91-0342-N-EJL </br> ) No. 94-0206-N-HLR </br> ) </br> ) ORDER ENTERING CONSENT </br> ) DECREE </br> ) |

Having considered the Plaintiffs' Unopposed Motion to Enter Consent Decree (Dkt. No. 1611) and all related filings, and having further considered the proceedings in open court on today's date, the Court finds that the proposed Consent Decree is fair, reasonable, and consistent with applicable law.

IT IS THEREFORE ORDERED that Unopposed Motion to Enter Consent Decree (Dkt. No. 1611) is GRANTED and the Consent Decree lodged with this Court on June 13, 2011 in this matter (Docket Nos. 1601 through 1601-13) is hereby entered.

IT IS FURTHER ORDERED that the Court's signature and entry of this order constitutes signature by the Court of Page 54 of that Consent Decree (Docket No. 1601-1) and entry of that Consent Decree as of the date of entry of this Order.

IT IS FURTHER ORDERED that the Court will retain jurisdiction as set forth in the Consent Decree.

IT IS FURTHER ORDERED that, as set forth in Paragraph 96 of the Consent Decree (Docket No. 1601-1), final judgment under Fed. R. Civ. P. 54 and 58 is hereby entered in this matter upon entry of the Consent Decree.

SO ORDERED THIS 8th DAY OF September, 2011.

*Edward J. Lodge* (signature)
Honorable Edward J. Lodge
U. S. District Judge