IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECLA LIMITED, a Delaware Corporation,<br><br>Defendant.<br><br>and CONSOLIDATED CASES. | No. 96-0122-N-EJL<br>No. 91-0342-N-EJL<br>No. 94-0206-N-HLR<br><br>ORDER |

The above-entitled cause having come before the Court upon the Unopposed Motion to Deposit Certain Funds into the Registry of the Court pursuant to Fed. R. Civ. P. 67 and Dist. Idaho Loc. Civ. R. 67.1, and the Court having considered the motion and finding good cause for the entry of said motion,

IT IS HEREBY ORDERED that the Unopposed Motion to Deposit Certain Funds into the Registry of the Court (Dkt. No. 1608) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court invest the amounts received pursuant to Paragraphs 6(a) [the sum of $66,588,208] and 6(c) [the sum of 66.5% of Pre-Lodging Interest to the Registry Account in accordance with Paragraph 5] of the Consent Decree (Dkt. No. 1612) entered in this matter with Hecla Limited, *et al.* in an interest bearing and automatically renewable type of account or instrument (*i.e.,* money market account), in the name of the Clerk of the Court, U.S. District Court, at Bank of America with said funds to remain invested pending further order of the Court.

IT IS FURTHER ORDERED that the Clerk of the Court must deduct a fee from the income earned on the investment equal to ten percent (10%) of the income earned while the funds are held in the Court's registry fund regardless of the nature of the case underlying the investment and without further order of the Court. The interest payable to the U.S. Courts must be paid prior to any other distribution of the account. Investments having a maturity date will be assessed the fee at the time the investment instrument matures. However, the fee deducted from any funds to be received by the United States shall be restored pursuant to the Notice of the Administrative Office of the United States Court published at 56 *Fed. Reg.* 56356-01 (November 4, 1991).

IT IS FURTHER ORDERED that counsel presenting this Order personally serve a copy thereof on the Clerk of the Court or her financial deputy.

IT IS FURTHER ORDERED that Hecla Limited shall make the aforementioned payment by certified or bank check made payable to the "Clerk, United States District Court." The check shall include on its face the terms, U.S. et al v. Hecla Limited, Civil Action No. 96-0122-N-EJL, and a copy of the payment document shall be sent to counsel for the United States and the State pursuant to Consent Decree Section XXIII (Notices). However, Hecla Limited shall not be required to make the aforementioned payment unless and until the proposed Consent Decree lodged with this Court on June 13, 2011 is entered by this Court.

IT IS FURTHER ORDERED that all funds deposited pursuant to this Order shall not be disbursed or withdrawn by any person except in accordance with the terms of the Consent Decree, and pursuant to a further order of this Court.

SO ORDERED.

DATED: **September 8, 2011**

Honorable Edward J. Lodge
U. S. District Judge